UNITED STATES DISTRICT CURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| v. | * | |
| | * | Civil No. S-00-663 |
| LONA R. RHOADES, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| Sears, Roebuck Co. | * | |
| 4740 Hugh Howell Rd. | * | |
| Tucker, GA 30084 | * | |
| | * | |
| Garnishee | * | |
| | * | |
| | * | |



## GARNISHEE ORDER FOR LONA R. RHOADES

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $11,747.75, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on September 20, 2004, reflecting that Defendant and Judgment Debtor is employed by the Garnishee and stating her weekly wages. The Garnishee further indicated in the Answer of the Garnishee that there are no previous garnishments.

On September 8, 2004, the Defendant and Judgment Debtor was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff and Judgment Creditor the sum of $110.00 per pay and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

2/10/5
Date

United States District Judge